# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–34020–lbr</u>

Chapter 7

In re: (Name of Debtor)
   MONTEZ LOVE
   4965 N. DAPPLE GRAY ROAD
   LAS VEGAS, NV 89149

   LEONDRA MICHELE DIMERY–LOVE
   aka LEONDRA MICHELE DIMERY
   4965 N. DAPPLE GRAY ROAD
   LAS VEGAS, NV 89149

Social Security No.:
   xxx–xx–7658

   xxx–xx–7662

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/4/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court